FILED: KINGS COUNTY CLERK 04/04/2025 04:08 PM  INDEX NO. 54236/2017
NYSCEF DOC. NO. 373   RECEIVED NYSCEF: 04/04/2025
Case 1:25-mc-00046-RBW   Document 1-1   Filed 04/08/25   Page 1 of 3

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS – MATRIMONIAL DIVISION

-------------------------------------------------------------------X

LEONARD THOMPSON FURLOW, III,

                      Plaintiff,        Index No. 54236/2017

    -against-

DARA G. FURLOW,

                      Defendant.

-------------------------------------------------------------------X

**SUBPOENA DUCES TECUM PURSUANT TO CPLR 3119**

(To Be Domesticated Under UIDDA in Washington, D.C.)

**TO:**
John Furlow
5318 Reno Rd. NW
Washington, D.C. 20015
Trustee of Leonard T. Furlow Jr. Revocable Trust Agreement

**GREETINGS:**

YOU ARE HEREBY COMMANDED, pursuant to the laws of the State of New York and in accordance with the Uniform Interstate Depositions and Discovery Act (UIDDA), to provide the documents requested below and return them to:

Subpoena Record Room
Kings County Supreme Court – Civil Term
Matrimonial Division
360 Adams Street, Brooklyn, NY 11201

These documents must be provided on or before ~~March 21, 2025.~~ April 21, 2025.

**DOCUMENTS REQUESTED:**

1. A complete and executed copy of the Leonard T. Furlow Jr. Revocable Trust Agreement, including all amendments and modifications.

1 of 3

2. A record of all distributions made to or for the benefit of Dr. Leonard T. Furlow III, including checks, wire transfers, and deposit records.

3. Any communications, correspondence, or records regarding Dr. Leonard T. Furlow III's financial interest in the trust.

4. Any financial statements, tax filings, or reports related to trust distributions made to Dr. Leonard T. Furlow III.

5. Bank statements and deposit records for all accounts held in the name of the Leonard T. Furlow Jr. Revocable Trust from 6/1/21 to 3/4/25.

6. Documents showing the proceeds from the sale of any real property deposited into the trust, including closing statements, settlement sheets, and wire transfer records.

7. Any annual or periodic accountings of the trust assets and trustee reports detailing distributions.

8. Any emails, letters, or communications regarding Dr. Leonard T. Furlow III's status as a beneficiary.

9. Any trustee meeting minutes or resolutions that reference distributions to Dr. Leonard T. Furlow III.

**COMPLIANCE & DOMESTICATION NOTICE:**

This subpoena is issued in accordance with the Uniform Interstate Depositions and Discovery Act (UIDDA). You are required to comply with the laws and procedures of your jurisdiction regarding subpoena enforcement. This subpoena must be domesticated in Washington, D.C. before compliance.

**FAILURE TO COMPLY:**

Failure to comply with this subpoena may result in legal consequences as permitted by law. If you have any objections to this request, you must file a written motion to quash or modify the subpoena in accordance with the laws of your jurisdiction.

**ISSUED BY:**

Dara Furlow
Pre Se Litigant
99 Quincy St.
Brooklyn, NY 11238
917.602.6628
darafurlow@gmail.com

Dated: March 6, 2025

Signature: _____
Dara Furlow

STATE OF ___New York___ )

COUNTY OF __Kings__ ) ss.:

On this __6__ day of __March__, 2025, before me, the undersigned, a Notary Public in and for said State, personally appeared **Dara Furlow**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing document, and acknowledged that they executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _____

GALINA FELDMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01FE6051186
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES NOVEMBER 20, 2026

**PRESIDING JUDGE:**

Danielle Noel
Court Attorney Referee
Supreme Court, Kings County
360 Adams Street
Brooklyn, New York 11201
Tel. (347) 401-9256
Email dnoel@nycourts.gov]

Dated:

Signature: _____
Danielle Noel