# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE SUBPOENA DUCES TECUM | )<br>)<br>)<br>)   Misc. Action No. 25-46 (RBW)<br>)<br>)<br>) |

# ORDER

On April 8, 2025, the movant, Dara Furlow, proceeding <u>pro se</u>, filed a request with this Court, which has been considered by the Clerk of this Court as a motion to enforce a subpoena pursuant to D.C. Code § 13-449(b) and the Uniform Interstate Depositions and Discovery Act (the "UIDDA") in relation to a matter in the Supreme Court of the State of New York, County of Kings – Matrimonial Division.  <u>See</u> Motion to Issue Subpoena at 1, ECF No. 1.

Pursuant to D.C. Code § 13-443(a), which delineates the procedures by which the District of Columbia implements the UIDDA, "[t]o request issuance of a subpoena under this section, a party shall submit a foreign subpoena and a copy of the sworn statement required under § 13-449(b) to the <u>Clerk of the Superior Court</u>." D.C. Code § 13-443(a) (emphasis added). Because the movant has filed the motion to enforce the subpoena with this Court, rather than with the Clerk of the Superior Court for the District of Columbia (the "Superior Court"), as required by D.C. Code § 13-443(a), the Court will deny the motion without prejudice and close this case so the movant may pursue this request in the Superior Court.

Accordingly, it is hereby

**ORDERED** that the movant's Motion to Issue Subpoena, ECF No. 1, is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 18th day of April, 2025.

REGGIE B. WALTON<br>
United States District Judge